No. 58. L. L. McCANDLESS *v.* T. F. LANSING, W. R. CASTLE, TRUSTEE, AND JAMES B. CASTLE. Reserved Question from Circuit Court, First Circuit. Submitted May 26, 1909. Decided May 27, 1909. Hartwell, C.J., Wilder and Perry, J.J. This was an action to quiet title in land. The presiding judge at the trial, after directing a verdict which the defendants claimed to be contrary to law, reserved for the consideration of this court the question "whether the verdict is contrary to law" upon the statement of facts submitted. Per curiam. "Whenever any question of law shall arise in any trial or other proceeding before a circuit court, the presiding judge may reserve the same for the consideration of the supreme court." Sec. 1862 R. L. No question is presented which the judge had not ruled upon. The statute does not authorize this court in answering reserved questions to order such judgment "as is fit and proper for the further disposition of the case" (Mass,

Pub. St. p. 832), nor, as in cases of exceptions, to vacate a judgment and require such further proceedings "as to law and justice shall appertain." Sec. 1867 R. L. The circuit judge is advised that no question is presented which this court can consider.

*A. G. M. Robertson* for plaintiff.
*Castle & Withington* for defendants.